UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LEE STRAND,<br><br>  Plaintiff,<br><br>  v.<br><br>R. BARNES, et al.,<br><br>  Defendants. | No. 2:15-cv-0402 CKD P<br><br><br><br>ORDER |

Plaintiff's complaint was dismissed on April 7, 2015, and he was granted thirty days to file an amended complaint. (ECF No. 6.) On May 19, 2015, plaintiff was granted an additional thirty days to amend. (ECF No. 10.) On July 2, 2015, plaintiff was granted a second extension of time to file an amended complaint. (ECF No. 12.)  This period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.   Plaintiff has consented to Magistrate Judge jurisdiction to conduct all proceedings in this action. (ECF No. 4.)

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated:  August 11, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / stra0402.fta(2)